IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE:                                          CHAPTER 13

GEORGE DUNCAN WATKINS          CASE NO.: 21-80806-CRJ-13
SSN: xxx-xx-1651
DRUID HANNAH WATKINS
SSN: xxx-xx-6873

       Debtor(s).

## SUBMISSION OF DEBTORS AMENDED SCHEDULES "A/B" AND "C"

       COMES NOW the Debtors, GEORGE DUNCAN WATKINS, and DRUID HANNAH WATKINS, and hereby submit their Amended Schedules "A/B" and "C" in their Chapter 13 Bankruptcy case and would show unto this Court as follows:

1.      The Debtors are amending their Schedule "A/B" to reflect a class action lawsuit which was inadvertently omitted in the original filing.

2.      Debtors are amending Schedule "C" to claim their exemption of $3,000.00 on the class action lawsuit.

3.      Attached hereto are the Amended Schedules "A/B" and "C" which the Debtors pray would be incorporated by this Court in addition to the previously submitted schedule.

       WHEREFORE, THE FOREGOING PREMISES CONSIDERED, the Debtors, GEORGE DUNCAN WATKINS, and DRUID HANNAH WATKINS, hereby submit their Amended Schedules "A/B" and "C" and would pray this Court would accept same in addition to the previously submitted schedule.

                                                             /s/ George Duncan Watkins
                                                             GEORGE DUNCAN WATKINS, Debtor

                                                              /s/ Druid Hannah Watkins
                                                             DRUID HANNAH WATKINS, Debtor

/s/ G. John Dezenberg, Jr.
G. JOHN DEZENBERG, JR.
Attorney for Debtors
908-C North Memorial Parkway
Huntsville, Alabama 35801
Phone: (256) 533-5097

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 29, 2021, a copy of the foregoing has been served upon the following by depositing copies of same in the United States mail, properly addressed and postage prepaid, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a Notice of Electronic Filing.

Hon. Michele Hatcher, Trustee
PO Box 2388
Decatur, AL 35602

/s/ G. John Dezenberg, Jr.
G. JOHN DEZENBERG, JR.

```
Label Matrix for local noticing          Capital One Auto Finance, a division of Capi    U. S. Bankruptcy Court
1126-8                                   4515 N Santa Fe Ave. Dept. APS                  400 Well Street
Case 21-80806-CRJ7                       Oklahoma City, OK 73118-7901                    P. O. Box 2775
NORTHERN DISTRICT OF ALABAMA                                                             Decatur, AL 35602-2775
Decatur
Tue Jun 29 15:26:04 CDT 2021

AES/Goal Financial                       CBNA Citicards                                  CBNA/AA Advantage
1200 N. 7th Street                       5800 South Corporate Place                      5800 South Corporate Place
Harrisburg, PA 17102-1419                Sioux Falls, SD 57108-5027                      Sioux Falls, SD 57108-5027


CBNA/Costco                              Capital One Auto Finance                        Capital One Bank
5800 South Corporate Place               PO Box 60511                                    PO Box 31293
Sioux Falls, SD 57108-5027               City of Industry, CA 91716-0511                 Salt Lake City, UT 84131-0293


Capital One Bank/Journey                 Carmax Auto Finance                             Comprehensive Anest Services
PO Box 31293                             PO Box 440609                                   2006 Franklin St. Ste. 301
Salt Lake City, UT 84131-0293            Kennesaw, GA 30160-9511                         Huntsville, AL 35801-4537


Credit First/Firestone                   (p)DISCOVER FINANCIAL SERVICES LLC              Elan Financial/Fidelity Investments
6275 Eastland Road                       PO BOX 3025                                     PO Box 108
Brookpark, OH 44142-1399                 NEW ALBANY OH 43054-3025                        Saint Louis, MO 63166-0108


Huntsville Hospital                      Huntsville Hospital Anesthesia                  Huntsville Hospital Care Payment
c/o Franklin Collection Svcs Inc         Dept. #3158  PO Box 11407                       PO Box 9197
2978 W Jackson Street                    Birmingham, AL 35246-3158                       Coral Springs, FL 33075-9197
Tupelo, MS 38801-6731


Huntsville Hospital Internal Medicine    Huntsville Hospital Madison                     (p)HUNTSVILLE HOSPITAL PHYSICIANS NETWORK
c/o Franklin Collection Service          c/o Franklin Collection Svcs Inc                P O BOX 2705
PO Box 3910                              2978 W Jackson Street                           HUNTSVILLE AL 35804-2705
Tupelo, MS 38803-3910                    Tupelo, MS 38801-6731


Madison Core Laboratories, LLC           Onemain                                         Radiology of Huntsville
2705 Artie Street SW                     100 International Drive 15th Floor              2006 Franklin St. SE, Ste. 200
Bldg 400 Ste 30                          Baltimore, MD 21202-4784                        Huntsville, AL 35801-4537
Huntsville, AL 35805-4732


Redstone Federal Credit Union            SYNCB/Express Oil                               SYNCB/Mavis Discount Tire
220 Wynn Drive                           PO Box 965036                                   PO Box 965036
Huntsville, AL 35893-0001                Orlando, FL 32896-5036                          Orlando, FL 32896-5036


Wells Fargo Card Services                Druid Hannah Watkins                            G. John Dezenberg Jr.
PO Box 14517                             6111 Homestead Road                             Dezenberg & Smith, PC
Des Moines, IA 50306-3517                Huntsville, AL 35811-9695                       908-C N Memorial Parkway
                                                                                         Huntsville, AL 35801-5813
```

George Duncan Watkins
6111 Homestead Road
Huntsville, AL 35811-9695

Tazewell Shepard
Tazewell Shepard, Trustee
PO Box 19045
Huntsville, AL 35804-9045

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discover Bank
PO Box 15316
Wilmington, DE 19850

Huntsville Hospital Physicians Network
PO Box 2705
Huntsville, AL 35804

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)CarMax Auto Finance

End of Label Matrix
Mailable recipients    31
Bypassed recipients     1
Total                  32

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | George Duncan Watkins | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Druid Hannah Watkins | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA

Case number 21-80806
(if known)

■ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
**Value of what you own**

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B......................................................................... $ 0.00

   1b. Copy line 62, Total personal property, from Schedule A/B............................................................ $ 57,588.00

   1c. Copy line 63, Total of all property on Schedule A/B....................................................................... $ 57,588.00

### Part 2: Summarize Your Liabilities

**Your liabilities**
**Amount you owe**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*... $ 40,814.84

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............. $ 51,453.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........ $ 57,173.45

   **Your total liabilities** $ 149,441.29

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*............................................................ $ 3,692.99

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*...................................................................... $ 3,692.53

### Part 4: Answer These Questions for Administrative and Statistical Records

6. Are you filing for bankruptcy under Chapters 7, 11, or 13?
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. What kind of debt do you have?

   ■ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. *Check this box* and submit this form to

Debtor 1 George Duncan Watkins
Debtor 2 Druid Hannah Watkins  Case number *(if known)* 21-80806
the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.  $ 5,000.00

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 51,453.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 51,453.00 |

Fill in this information to identify your case and this filing:

Debtor 1: **George Duncan Watkins**
Debtor 2 (Spouse, if filing): **Druid Hannah Watkins**
United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA
Case number: 21-80806

■ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ■ No. Go to Part 2.
   ☐ Yes. Where is the property?

## Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

   ☐ No
   ■ Yes

   3.1 Make: **Hyundai**
   Model: **Santa Fe**
   Year: **2018**
   Approximate mileage:
   Other information:

   Who has an interest in the property? Check one
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ■ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ Check if this is community property (see instructions)

   Current value of the entire property? **$15,000.00**
   Current value of the portion you own? **$15,000.00**

   3.2 Make: **Hyundai**
   Model: **Santa Fe**
   Year: **2017**
   Approximate mileage:
   Other information:

   Who has an interest in the property? Check one
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ■ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ Check if this is community property (see instructions)

   Current value of the entire property? **$13,500.00**
   Current value of the portion you own? **$13,500.00**

| Debtor 1 | George Duncan Watkins | | |
|---|---|---|---|
| Debtor 2 | Druid Hannah Watkins | Case number (if known) | 21-80806 |

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=> | **$28,500.00**

### Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items? | **Current value of the portion you own?** Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☒ Yes. Describe.....

| Living Room Furniture | $100.00 |
| Dining Room Furniture | $100.00 |
| Bedroom Furniture | $100.00 |
| Washer/Dryer | $150.00 |
| Refrigerator | $100.00 |
| Microwave | $25.00 |

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
☒ Yes. Describe.....

| Televisions (2) | $100.00 |
| VCR/DVD | $30.00 |
| Computer | $100.00 |

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☐ No
☒ Yes. Describe.....

| Compact Discs/DVDs | $25.00 |

### 9. Equipment for sports and hobbies
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

■ No
☐ Yes. Describe.....

### 10. Firearms
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☐ No
■ Yes. Describe.....

| 4 Pistols, 1 Shotgun | $500.00 |
|---|---|

### 11. Clothes
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
■ Yes. Describe.....

| Clothing | $200.00 |
|---|---|

### 12. Jewelry
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
■ Yes. Describe.....

| Limited Jewelry | $100.00 |
|---|---|

### 13. Non-farm animals
*Examples:* Dogs, cats, birds, horses
■ No
☐ Yes. Describe.....

### 14. Any other personal and household items you did not already list, including any health aids you did not list
■ No
☐ Yes. Give specific information.....

### 15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ................................................................. 
$1,630.00

**Part 4: Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following? — Current value of the portion you own? Do not deduct secured claims or exemptions.

### 16. Cash
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
■ Yes..........................

| Crypto-Currency (Robbin Hood) | $293.00 |
|---|---|

### 17. Deposits of money
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No

| Debtor 1 | George Duncan Watkins | | | Case number (if known) | 21-80806 |
| Debtor 2 | Druid Hannah Watkins | | | | |

| | | | Institution name: | |
|---|---|---|---|---|
| ■ Yes........................ | | | | |
| | 17.1. | Checking/Savings | North Alabama Bank | $1,800.00 |
| | 17.2. | Checking/Savings | Wells Fargo Bank | $60.00 |
| | 17.3. | Checking Account | Woodforest Bank | $300.00 |
| | 17.4. | Savings Account | Redstone Federal Credit Union | $5.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes................... Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes. Give specific information about them....................
    Name of entity: % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.
    Type of account: Institution name:

    | 401(k) Plan | Tire Discounters | $22,000.00 |
    |---|---|---|

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ..................... Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............. Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes. Give specific information about them...

| Debtor 1 | **George Duncan Watkins** | | |
|---|---|---|---|
| Debtor 2 | **Druid Hannah Watkins** | Case number *(if known)* | **21-80806** |

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

**Money or property owed to you?**                          **Current value of the portion you own?** Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

**30. Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

**31. Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
                    Company name:                        Beneficiary:                    Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☐ No
    ■ Yes. Describe each claim.........

| | |
|---|---:|
| Class Action Lawsuit v. Valley Pizza, Inc., and Charles Anthony Osani | $3,000.00 |

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

**35. Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

| Debtor 1 | George Duncan Watkins | | Case number (if known) | 21-80806 |
|---|---|---|---|---|
| Debtor 2 | Druid Hannah Watkins | | | |

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here...................................................................................................... $27,458.00

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. Do you own or have any legal or equitable interest in any business-related property?
   ■ No. Go to Part 6.
   ☐ Yes. Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
   ■ No. Go to Part 7.
   ☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. Do you have other property of any kind you did not already list?
   *Examples:* Season tickets, country club membership
   ■ No
   ☐ Yes. Give specific information.........

54. Add the dollar value of all of your entries from Part 7. Write that number here ..................................... $0.00

**Part 8:** List the Totals of Each Part of this Form

| | | | | |
|---|---|---|---|---|
| 55. | Part 1: Total real estate, line 2 ........................................................................................................ | | | $0.00 |
| 56. | Part 2: Total vehicles, line 5 | $28,500.00 | | |
| 57. | Part 3: Total personal and household items, line 15 | $1,630.00 | | |
| 58. | Part 4: Total financial assets, line 36 | $27,458.00 | | |
| 59. | Part 5: Total business-related property, line 45 | $0.00 | | |
| 60. | Part 6: Total farm- and fishing-related property, line 52 | $0.00 | | |
| 61. | Part 7: Total other property not listed, line 54    + | $0.00 | | |
| 62. | Total personal property. Add lines 56 through 61... | $57,588.00 | Copy personal property total | $57,588.00 |
| 63. | Total of all property on Schedule A/B. Add line 55 + line 62 | | | $57,588.00 |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | George | Duncan | Watkins |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Druid | Hannah | Watkins |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ALABAMA | | |
| Case number (if known) | 21-80806 | | |

■ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt 4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>*Copy the value from Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| **2018 Hyundai Santa Fe**<br>Line from *Schedule A/B*: **3.1** | $15,000.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-12 |
| **2017 Hyundai Santa Fe**<br>Line from *Schedule A/B*: **3.2** | $13,500.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-12 |
| **Living Room Furniture**<br>Line from *Schedule A/B*: **6.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-12 |
| **Dining Room Furniture**<br>Line from *Schedule A/B*: **6.2** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-12 |
| **Bedroom Furniture**<br>Line from *Schedule A/B*: **6.3** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-12 |

Official Form 106C　　　　Schedule C: The Property You Claim as Exempt　　　　page 1 of 3
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com　　　　Best Case Bankruptcy

Case 21-80806-CRJ7　　Doc 15　　Filed 06/29/21　　Entered 06/29/21 15:31:26　　Desc Main
Document　　Page 13 of 16

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Washer/Dryer**<br>Line from Schedule A/B: **6.4** | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-12 |
| **Refrigerator**<br>Line from Schedule A/B: **6.5** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-12 |
| **Microwave**<br>Line from Schedule A/B: **6.6** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-12 |
| **Televisions (2)**<br>Line from Schedule A/B: **7.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-12 |
| **VCR/DVD**<br>Line from Schedule A/B: **7.2** | $30.00 | ■ $30.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-12 |
| **Computer**<br>Line from Schedule A/B: **7.3** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-12 |
| **Compact Discs/DVDs**<br>Line from Schedule A/B: **8.1** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-12 |
| **4 Pistols, 1 Shotgun**<br>Line from Schedule A/B: **10.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-12 |
| **Clothing**<br>Line from Schedule A/B: **11.1** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-126 |
| **Limited Jewelry**<br>Line from Schedule A/B: **12.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-12 |
| **Crypto-Currency (Robbin Hood)**<br>Line from Schedule A/B: **16.1** | $293.00 | ■ $293.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-12 |

| Debtor 1 | George Duncan Watkins | | | Case number (if known) | 21-80806 |
| Debtor 2 | Druid Hannah Watkins | | | | |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| **Checking/Savings: North Alabama Bank**<br>Line from Schedule A/B: **17.1** | $1,800.00 | ■ $1,800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-12 |
| **Checking/Savings: Wells Fargo Bank**<br>Line from Schedule A/B: **17.2** | $60.00 | ■ $60.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-12 |
| **Checking Account: Woodforest Bank**<br>Line from Schedule A/B: **17.3** | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-12 |
| **Savings Account: Redstone Federal Credit Union**<br>Line from Schedule A/B: **17.4** | $5.00 | ■ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-12 |
| **401(k) Plan: Tire Discounters**<br>Line from Schedule A/B: **21.1** | $22,000.00 | ■ $22,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(C) |
| **Class Action Lawsuit v. Valley Pizza, Inc., and Charles Anthony Osani**<br>Line from Schedule A/B: **33.1** | $3,000.00 | ■ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-12 |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **George** First Name | **Duncan** Middle Name | **Watkins** Last Name |
| Debtor 2 (Spouse if, filing) | **Druid** First Name | **Hannah** Middle Name | **Watkins** Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ALABAMA | | |
| Case number (if known) | 21-80806 | | |

■ Check if this is an amended filing

## Official Form 106Dec
## Declaration About an Individual Debtor's Schedules 12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ George Duncan Watkins**
**George Duncan Watkins**
Signature of Debtor 1

Date **June 29, 2021**

X **/s/ Druid Hannah Watkins**
**Druid Hannah Watkins**
Signature of Debtor 2

Date **June 29, 2021**